```
UNITED STATES DISTRICT COURT                                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                   DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                                        :       DOC #:_____
FRANKIE MONEGRO,                                        :       DATE FILED: 07/14/2021
on behalf of himself and all others similarly situated  :
                                                        :
                                    Plaintiffs,         :       21-cv-4204 (LJL)
                                                        :
              -v-                                       :       ORDER
                                                        :
ERBAVIVA, INC.,                                         :
                                                        :
                                    Defendant.          :
------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

    SO ORDERED.

Dated: July 14, 2021
       New York, New York                                        LEWIS J. LIMAN
                                                                 United States District Judge